```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 12148
   MATANIEL CALDWELL
   RENEVA CALDWELL                           CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-1930     SSN XXX-XX-2671

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/08/2007 and was confirmed 11/05/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 07/14/2008.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------
ACCELERATED                 UNSECURED      NOT FILED          .00            .00
ALLIANCE ONE                UNSECURED      NOT FILED          .00            .00
ALLIANCE ONE                UNSECURED      NOT FILED          .00            .00
ALLIANCE ONE                UNSECURED      NOT FILED          .00            .00
ALLIED INTERSTATE           UNSECURED      NOT FILED          .00            .00
ARC INC                     UNSECURED      NOT FILED          .00            .00
ASSET ACCEPTANCE LLC        UNSECURED         213.82          .00            .00
CDA PONTIAC                 UNSECURED      NOT FILED          .00            .00
CITY OF CHICAGO PARKING     UNSECURED        2290.00          .00            .00
COLLECTION                  UNSECURED      NOT FILED          .00            .00
COMCAST                     UNSECURED      NOT FILED          .00            .00
COMMONWEALTH EDISON         UNSECURED        1092.75          .00            .00
HOLY CROSS HOSPITAL         FILED LATE       2961.00          .00            .00
IEI FINANCIAL               UNSECURED      NOT FILED          .00            .00
JPRECOVERY                  UNSECURED         797.00          .00            .00
JPRECOVERY                  UNSECURED      NOT FILED          .00            .00
JPRECOVERY                  UNSECURED      NOT FILED          .00            .00
JPRECOVERY                  UNSECURED      NOT FILED          .00            .00
MACNEAL MEMORIAL HOSPITA    UNSECURED      NOT FILED          .00            .00
SBC AMERITECH               UNSECURED         122.80          .00            .00
NCO MEDCLR                  UNSECURED      NOT FILED          .00            .00
COMMONWEALTH EDISON         UNSECURED      NOT FILED          .00            .00
PROFESSIONAL ACCOUNT MGM    UNSECURED      NOT FILED          .00            .00
R&R COUNTRY                 UNSECURED            .00          .00            .00
RICKENBACKER                UNSECURED      NOT FILED          .00            .00
SPRINT-NEXTEL CORP          UNSECURED         493.10          .00            .00
TCF BANK                    UNSECURED      NOT FILED          .00            .00
TORRES CREDIT SERVICES      UNSECURED      NOT FILED          .00            .00
UNIVERSITY OF CHICAGO HO    UNSECURED      NOT FILED          .00            .00
ROUNDUP FUNDING LLC         UNSECURED         653.73          .00            .00
R&R COUNTRY                 SECURED NOT I  NOT FILED          .00            .00
ARROW FINANCIAL SERV        FILED LATE        163.00          .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 12148 MATANIEL CALDWELL & RENEVA CALDWELL
```

```
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,334.00                       838.13
TOM VAUGHN                 TRUSTEE                                          62.95
DEBTOR REFUND              REFUND                                             .00

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                     901.08

PRIORITY                                                   .00
SECURED                                                    .00
UNSECURED                                                  .00
ADMINISTRATIVE                                          838.13
TRUSTEE COMPENSATION                                     62.95
DEBTOR REFUND                                              .00
                        ---------------        ---------------
TOTALS                      901.08                      901.08
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
   Dated: 10/23/08                      _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE